IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 4:22cr29-RH-MAF

LEONARD CULL,

       Defendant.

_____/

## ORDER VACATING THE JUDGMENT

The defendant Leonard Cull pled guilty and was sentenced. Judgment was entered. Mr. Cull did not appeal. But he now has moved under 28 U.S.C. § 2255 for relief from the judgment on the ground that he instructed his attorney to appeal and the attorney rendered ineffective assistance by failing to do so. The government has consented to the § 2255 motion, apparently choosing to defend an appeal rather than to defend the § 2255 motion.

The § 2255 motion is before the court on the magistrate judge's report and recommendation, ECF No. 119, which correctly sets out the applicable law.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's further opinion.

2. The § 2255 motion is granted.

3. The judgment, ECF No. 76, is vacated.

4. A new judgment will be separately entered.

5. The attorney Benjamin Stevenson's Criminal Justice Act appointment to represent Mr. Cull is expanded to include any appeal.

6. If Mr. Stevenson has not filed a notice of appeal before November 27, 2024, the clerk must file on that day a notice of appeal on Mr. Cull's behalf.

SO ORDERED on November 13, 2024.

s/Robert L. Hinkle<br>United States District Judge